THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CANNATA, Appellant.— Judgment of the County Court, Kings County, convicting defend-

ant of the crimes of burglary in the third degree and grand larceny in the first degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.